**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jesse JACKSON, a.k.a. Jessie Jackson,**
**Defendant–Appellant.**

**No. 14–14732**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 7, 2015.

Adam W. Overstreet, Gloria A. Bedwell, Kenyen Ray Brown, Steven E. Butler, Richard Henderson Loftin, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Barre Clark Dumas, Dumas & McPhail, LLC, Mobile, AL, for Defendant–Appellant.

Before JORDAN, ROSENBAUM, and JILL PRYOR, Circuit Judges.

PER CURIAM:

Barre Dumas, appointed counsel for Jesse Jackson in this criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of

the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Jackson's convictions and sentences are **AFFIRMED.**